GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for BRUNO RAMON SANCHEZ-YANEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BRUNO RAMON SANCHEZ-YANEZ,<br><br>   Defendant.<br>_____ | CR. NO. S-08-561-EJG<br><br>STIPULATION AND PROPOSED ORDER FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT |

   Defendant Bruno Ramón Sánchez-Yáñez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Jill M. Thomas, stipulate that a Pre-Plea Presentence Investigation Report be prepared by the Probation Department in order to assist in the resolution of this case short of trial. Probation has informed counsel that an order from the Court is required to institute the Pre-Plea investigation and that six (6) weeks are needed for the preparation of the report.

   It is respectfully requested that the Court order that Probation prepare a Pre-Plea Report and provide copies to the Defendant and to the Government as soon as it is available.

              Respectfully submitted,

DATED: December 9, 2009   /s/ Gilbert A. Roque
              GILBERT A. ROQUE, Attorney for
              BRUNO RAMON SANCHEZ YANEZ, Defendant

DATED: December 9, 2009   /s/ Jill M. Thomas
              JILL M. THOMAS
              Assistant United States Attorney

**IT IS SO ORDERED.**
DATED: December 14, 2009  /s/ Edward J. Garcia
              HONORABLE EDWARD J. GARCIA
              United States District Judge