UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                    RE:   Bruno Ramon Sanchez-YANEZ
                          Docket Number: 2:08CR00561-08
                          **CONTINUANCE OF JUDGMENT**
                          **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 17, 2010 to October 22, 2010 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of the Probation Officer to complete the presentence investigation report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              /s/ Thomas H. Brown

                              THOMAS H. BROWN
                            Senior United States Probation Officer

**REVIEWED BY:**   /s/ Jeffrey C. Oestreicher

                     Jeffrey C. Oestreicher
                     Supervising United States Probation Officer

Dated:       August 10, 2010
                Sacramento, California
                THB:thb

Attachment

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Bruno Ramon Sanchez YANEZ**
    **Docket Number:  2:08CR00561-08**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Gilbert A. Roque, Esq.
    Probation Office Calendar clerk

✓ **Approved**      _/s/ Edward J. Garcia_      8/11/10
                 **EDWARD J. GARCIA**
                 **Senior United States District Judge**      **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00561-08 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| BRUNO RAMON SANCHEZ YANEZ | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/22/2010 @ 10 a.m. |
| Reply, or Statement of Non-Opposition: | 10/15/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/08/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/01/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/24/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/10/2010 |

3

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG